UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Stuart L. Haase,

      Plaintiff,

vs.

Carolyn W. Colvin, Acting
Commissioner of Social Security,

      Defendant.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civil No. 13-920 (PJS/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. That the parties' Stipulation for Remand, [Docket No. 18], is **GRANTED**, and that this case be **REMANDED** to the Social Security Administration; and

2. That this case is **DISMISSED without prejudice**.


DATED:  12/16/13

s/Patrick J. Schiltz
Patrick J. Schiltz, Judge
United States District Court